# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

vs.				NO. 4:07CR00127-010 SWW

NATHANIEL BURROUGHS					DEFENDANT

## ORDER

The above entitled cause came on for hearing January 21, 2015 on government's superseding petition to revoke the supervised release [doc #692] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the testimony of witnesses and statements of counsel and defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SEVEN (7) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Texarkana, Texas or as close to central Arkansas as possible to be close to his children; and that defendant participate in substance abuse programs and treatment during incarceration.

There will be a term of ONE (1) YEAR of supervised release following the term of incarceration with the following conditions:

1. Defendant shall follow all standard conditions of supervised release.

2. Defendant shall participate, under the guidance and supervision of the U. S.

      Probation Officer, in a substance abuse treatment program which may include drug testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

The defendant is remanded to custody.

IT IS SO ORDERED this 21st day of January 2015.

                                                   /s/Susan Webber Wright

                                                   United States District Judge