IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:07-cr-00127-10 SWW |
| | * | |
| | * | |
| NATHANIEL BURROUGHS, | * | |
| | * | |
| Defendant. | * | |

ORDER

The motion [doc.#736] of Nathaniel Burroughs for a copy of his docket report is hereby granted. The Clerk directs the Clerk to provide Burroughs a copy of the docket report as it pertains to him.

IT IS SO ORDERED this 7th day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE