# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   NO. 4:07CR00127-10-SWW

NATHANIEL BURROUGHS

## ORDER

Defendant's Motion for Two Point Reduction (Doc. No. 739), based on Sentencing Guideline Amendment 782, is DENIED. Defendant is not eligible for a reduction because his current sentence is from a supervised release revocation.

IT IS SO ORDERED this 9th day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE